1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GREGG LOWDER (CABN 107864)
   Assistant United States Attorney
5
   450 Golden Gate Ave (11th Floor)
6  San Francisco, CA 94102
   Telephone: (415) 436-7200
7  Facsimile: (415) 436-7234
   Email: gregg.lowder@usdoj.gov
8
   Attorneys for the United States
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,      )   CRIMINAL NO.   07  70720 NJV
                                  )
14         Plaintiff,              )
                                  )   NOTICE OF PROCEEDINGS ON
15     v.                          )   OUT-OF-DISTRICT CRIMINAL
                                  )   CHARGES PURSUANT TO RULES
16 LARRY EUGENE MONK,              )   5(c)(2) AND (3) OF THE FEDERAL RULES
                                  )   OF CRIMINAL PROCEDURE
17         Defendant.               )
                                  )
18 _____ )

19     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20 Procedure that on December 3, 2007, the above-named defendant was arrested based upon an

21 arrest warrant (copy attached) issued upon an

22     X   Indictment

23     ☐   Information

24     ☐   Criminal Complaint

25     ☐   Other (describe) _____

26 pending in the Western District of Texas, Case Number A-92-CR-002.

27

28

                                    1

1  In that case, the defendant is charged with a violation of Title 18 United States Code, Section 922(g)(1).

Description of Charge: Felon in possession of a firearm.

DATED: December 4, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

GREGG LOWDER
Assistant United States Attorney

MAXIMUM PENALTIES

Ten years imprisonment; three years supervised release; $250,000 fine; $100 special assessment.

AO 442 (Rev. 12/85) Warrant for Arrest                ATF 9280 0107 0263 -G

# United States District Court

WESTERN _____ DISTRICT OF _____ TEXAS

UNITED STATES OF AMERICA
V.

LARRY EUGENE MONK
810 James Street
Austin, Tx

**WARRANT FOR ARREST**

CASE NUMBER: A 92 CR 002

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LARRY EUGENE MONK _____
                                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Possession of Firearm by Convicted Felon

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 922(g)(1) _____

CHARLES W. WAGNER                         Clerk, U.S. District Court
Name of Issuing Officer                   Title of Issuing Officer

[signature]                               01/07/92, Austin, Texas
Signature of Issuing Officer              Date and Location
Margarita Chairez-Herrington
Deputy

Bail fixed at $ _____ DETAIN _____ by Stephen H. Capelle, U.S. Magistrate
                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

U.S. Department of Justice
United States Attorney

# United States District Court
# Western District of Texas

JAN 7  1 48 PM '92

U.S.
BY
                    DEPUTY

UNITED STATES OF AMERICA,

vs

LARRY EUGENE MONK

NO. A 92 CR 002

### ORDER FOR BENCH WARRANT
### AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below named defendant(s), it is hereby ORDERED that warrant issue for the arrest of said defendant(s), and bail is hereby fixed in the amount(s) shown below, returnable instanter to the __Austin, Texas__ Division of this Court, such bail to be taken by any United States Magistrate.

Defendant                                Amount of Bail

LARRY EUGENE MONK                        Detain

ENTERED at __AUSTIN__, Texas, this __7TH__ day of __JANUARY__, 19 __92__.

Stephen H. Capelle
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

WDT-CR-9

FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JAN 7   1 48 PM '92

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | A CRIMINAL NO. CR 92 002 |
| Plaintiff, | ) | INDICTMENT DEPUTY |
| v. | ) | |
| | ) | [Violation: 18 U.S.C. |
| LARRY EUGENE MONK, | ) | § 922(g)(1) – Possession |
| | ) | of Firearm by Convicted |
| Defendant. | ) | Felon] |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 922(g)(1)]

On or about May 13, 1991, in the Western District of Texas, the Defendant,

LARRY EUGENE MONK,

having been previously convicted of a felony offense punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, namely, a Colt, Government Model, .45 caliber pistol, serial number 70B10131, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_Homer Villanueva_
FOREMAN

RONALD F. EDERER
UNITED STATES ATTORNEY

By: _Gerald C. Carruth_
GERALD C. CARRUTH
Assistant U. S. Attorney