1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-7129
7      Facsimile: (415) 436-7234
       Email: albert.sambat2@usdoj.gov
8

9  Attorneys for the United States

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13                                        No. CR 07-MJ-70720
   UNITED STATES OF AMERICA,       )
14                                  )
          Plaintiff,                )
15                                  )       **NOTICE OF SUBSTITUTION OF**
       v.                           )       **ATTORNEY**
16                                  )
   LARRY EUGENE MONK,               )
17                                  )
          Defendant.                )
18  _____)

19

20      PLEASE TAKE NOTICE that the United States, through Albert B. Sambat, Special

21  Assistant United States Attorney, hereby appears in this matter in substitution of Gregg Lowder.

22  DATED:    December 5, 2007                Respectfully Submitted,

23                                            SCOTT N. SCHOOLS
                                              United States Attorney
24

25
                                              ALBERT B. SAMBAT
26                                            Special Assistant United States Attorney

27

28