1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9                        SAN FRANCISCO DIVISION

10  UNITED STATES OF AMERICA,         )      No.: CR 07 - MJ - 70720
                                      )
11         Plaintiff,                 )
                                      )
12         v.                         )      [PROPOSED] STIPULATION AND
                                      )      ORDER EXCLUDING TIME
13  LARRY EUGENE MONK,                )
                                      )
14         Defendant.                 )
                                      )
15  _____ )

16      The above captioned matter came before the Court on December 13, 2007 for status as to the
17  transfer of this case from the Western District of Texas to the Northern District of California.
18  The parties agreed to continue the case until the next appearance then set for December 20, 2007.
19  The parties stipulated to the exclusion of time until December 20, 2007 to which the Court
20  approved. (Doc 6.)  Thereafter the parties continued to discuss in conjunction with the United
21  States Attorney's office in the Western District of Texas, where the case originates, a possible
22  Rule 20 transfer.  The parties agreed to postpone the December 20, 2007 status conference until
23  January 11, 2008.
24      In light of the ongoing negotiations concerning the possible Rule 20 transfer, the parties
25  stipulate to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161(b), from December
26  20, 2007 to and including January 11, 2008.  During the intervening time, the parties have
27  negotiated successfully a plea agreement satisfactory to all parties involved and are awaiting the
28  transfer of the Clerk's file to the Northern District of California.  The exclusion of time is

STIPULATION, AND ORDER EXCLUDING TIME
(CR 07 MJ 70720)

1   therefore appropriate under 18 U.S.C. §3161(h)(1)(G).

2       The parties further agree that the ends of justice served by excluding time from December
3   20, 2007 to January 11, 2008 outweigh the interest of the public and the defendant in a speedy
4   trial within the meaning of 18 U.S.C. § 3161(h)(A).

5      3. Accordingly, the parties ask the Court to order that the period from December 20, 2007 to
6   January 11, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§
7   3161(h)(8)(A) & (h)(1)(G).
8   IT IS SO STIPULATED:

9
    Dated:  January 10, 2008                                    /s/
10                                                  ANN C. MOORMAN
                                                    Counsel for Larry Eugene Monk
11

12  Dated:  January 10, 2008                                    /s/
                                                    ALBERT B. SAMBAT
13                                                  Special Assistant United States Attorney

14

15      IT IS SO ORDERED.

16

17  DATED:_____
                                                    _____
18                                                  THE HONORABLE ELIZABETH LAPORTE
                                                    United States District Court Magistrate Judge
19
20
21
22
23
24
25
26
27
28

STIPULATION, AND ORDER EXCLUDING TIME
(CR 07 MJ 70720)                        2