JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

ALBERT B. SAMBAT (CABN 236472)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7129
Facsimile: (415) 436-7234
E-Mail: albert.sambat2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-MJ-70720 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JANUARY 11, 2008 TO FEBRUARY 5, 2008.** |
| v. | ) | |
| LARRY EUGENE MONK, | ) | |
| Defendant. | ) | |

   The parties appeared before the Honorable Elizabeth D. Laporte on January 11, 2008. With the agreement of counsel for both parties, the Court found and held as follows:

   1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from January 11, 2008 to February 5, 2008.  The parties are awaiting a Fed. R. Crim. P. 20 transfer of the case into the Northern District of California.  The exclusion of time is appropriate under 18 U.S.C. § 3161(h)(1)(G).

   2.  Given these circumstances, the Court found that the ends of justice served by

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-MJ-70720**

excluding the period from January 11, 2008 to February 5, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from January 11, 2008 to February 5, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(1)(G).

IT IS SO STIPULATED.

DATED: 01/11/08                                   /s/
                                                  ANN C. MOORMAN
                                                  Counsel for Larry Eugene Monk

DATED: 01/11/08                                   /s/
                                                  ALBERT B. SAMBAT
                                                  Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____
                                                  THE HON. ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-MJ-70720**                    2