

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF TEXAS**

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

William G. Putnicki

January 16, 2008

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

RECEIVED
JAN 2 2 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE:    WDTX. No. A-92-CR-002 (1) JRN
USA v.  Larry Eugene Monk      1: 07- 70720

Dear Clerk:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, enclosed are the following:

      X     Certified copy of the Indictment

      X     Certified copy of Consent of Defendant to Plea & Transfer

      X     Certified copy of docket sheet

Please acknowledge receipt on the copy of this letter and return in the enclosed envelope.

Very truly yours,

Mary Chouinard
Deputy Clerk

Enc.
cc:    U.S. Attorney - Austin, TX

Receipt is acknowledged by:           Clerk, U.S. District Court

Date: _____          by: _____
                                   Deputy Clerk

**U.S. Department of Justice**

Rule 20 -- Transfer Notice

| To: Johnny Sutton, United States Attorney<br><br>Gerald Carruth, Assistant United States Attorney | District<br>Western District of Texas | Date<br>1/8/2008 |
|---|---|---|
| Name of Subject:<br>LARRY EUGENE MONK, A 92 CR 002 | Statute Violated<br>18 U.S.C. Section 922(g)(1) | File Data *(Initials and Number)*<br>January 7, 1992 |

**Part A -- District of Arrest**

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
    **Date of Plea**      **Date of Sentence**      **Sentence**

| From *(Signature and Title)*<br><br>JOSEPH P. RUSSONIELLO, U.S. ATTORNEY | Address | United States Attorney's Office<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102-3495 |
|---|---|---|

**Part B -- District of Offense**

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at

                         on             at             o'clock

*(Kindly notify me of any anticipated delay)*

☒ Enclosed are two certified copies of indictment or information      Docket No. __A-92-CR-002__

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)*<br>Gerald C. Carruth, Assistant U.S. Attorney | District<br>Western Dist. of Texas | Date<br>January 16, 2008 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explaination of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.

A true copy of the original, I certify.  Replaces OBD-101, Fed. 83 edition may be used
WILLIAM G. PUTNICKI
Clerk, U. S. District Court

Deputy Clerk

FORM USA-231
NOV. 85

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

FILED

In the United States District Court

2008 JAN 16  AM 10: 32

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

for the            **WESTERN**   DISTRICT OF   **TEXAS**

BY _____
            DEPUTY

UNITED STATES OF AMERICA

V.                                              CRIMINAL NUMBER: A 92 CR 002

LARRY EUGENE MONK

}

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, LARRY EUGENE MONK _____, defendant, have been informed that an (*indictment, information, complaint*) is
pending against me in the above designated cause. I wish to plead guilty _____ to the offense
charged, to consent to the disposition of the case in the ___NORTHERN___ District of
CALIFORNIA _____ in which I, ___am held___, (am under arrest, am held) and to waive trial in the
above captioned District.

Dated: _1_/_11_ 20__ at __San Francisco__

_Larry Eugene Monk_
*(Defendant)*

_____
*(Witness)*

_____
*(Counsel for Defendants)*

_Gerald C. Carruth_
*(Assistant United States Attorney)*

Approved

_____
JOSEPH P. RUSSONIELLO
United States Attorney for the
NORTHERN _____ District of
CALIFORNIA

_Gerald C. Carruth, AUSA_
for  JOHNNY SUTTON
United States Attorney for the
WESTERN _____ District of
TEXAS

```
UNITED STATES OF AMERICA        §
                                §
                                §
WESTERN DISTRICT OF TEXAS        §
```

I, WILLIAM G. PUTNICKI, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer to the United States District Court, Northern District of California, San Francisco Division, pursuant to a Consent to Transfer of Case for Plea and Sentence (Under Rule 20) filed January 16, 2008, all the original papers filed and orders entered, together with a certified copy of the transferring order and docket entries in the case entitled: UNITED STATES OF AMERICA VS. Larry Eugene Monk, Criminal No. A-92-CR-002 JRN.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid Court at Austin, Texas, this 16 th day of January, 2008.

WILLIAM G. PUTNICKI, CLERK

By: _____
          Deputy Clerk

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CRIMINAL DOCKET FOR CASE #: 1:92-cr-00002-JRN-1

Case title: USA v. Monk

Date Filed: 01/07/1992
Date Terminated: 01/16/2008

Assigned to: Judge James R. Nowlin

### Defendant (1)

**Larry Eugene Monk**
*TERMINATED: 01/16/2008*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922(g)(1) Possession of Firearm By Convicted Felon. (1) | Rule 20 transfer to Northern District of California |

### Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

### Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/1992 | 1 | Indictment filed against Larry Eugene Monk (1) count(s) 1 (fe) (Entered: 01/09/1992) |

| 01/07/1992 | 2 | Order bench warrant issued for Larry Eugene Monk (fe) (Entered: 01/09/1992) |
| 01/07/1992 | | bench warrant issued for Larry Eugene Monk (fe) (Entered: 01/09/1992) |
| 01/16/2008 | ◗ 3 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Northern District of California (mc2, ) (Entered: 01/16/2008) |

a true copy of the original, I certify
WILLIAM G. PUTNICKI
Clerk, U. S. District Court

Deputy Clerk

FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION                JAN  7   1 41 PM '92

UNITED STATES OF AMERICA,        )  A CRIMINAL NO.  **92 CR 002**
                                 )
                Plaintiff,       )      I N D I C T M E N T
v.                               )                         DEPUTY
                                 )  [Violation:  18 U.S.C.
LARRY EUGENE MONK,               )  § 922(g)(1) – Possession
                                 )  of Firearm by Convicted
                Defendant.       )  Felon]

THE GRAND JURY CHARGES:

### COUNT ONE
[18 U.S.C. § 922(g)(1)]

On or about May 13, 1991, in the Western District of Texas,
the Defendant,

LARRY EUGENE MONK,

having been previously convicted of a felony offense punishable by
imprisonment for a term exceeding one year, did knowingly possess
in and affecting commerce a firearm, namely, a Colt, Government
Model, .45 caliber pistol, serial number 70B10131, which had been
shipped and transported in interstate commerce, in violation of
Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_Homer Villaneal_
FOREMAN

RONALD F. EDERER
UNITED STATES ATTORNEY

By:  _Gerald C. Carruth_
GERALD C. CARRUTH
Assistant U. S. Attorney

A true copy of the original...
WILLIAM G. PUTNICKI
Clerk, U. S. District Court

Deputy Clerk

**U.S. Department of Justice**
*United States Attorney*

FILED

# United States District Court
# Western District of Texas

JAN 7  1 41 PM '92

U.S. CLERK'S OFFICE
BY
DEPUTY

UNITED STATES OF AMERICA,  )
)  A 92 **CR** 002
vs.  )  NO. _____
)
LARRY EUGENE MONK  )
)
)

### ORDER FOR BENCH WARRANT
### AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below named defendant(s),

it is hereby ORDERED that warrant issue for the arrest of said defendant(s), and bail is hereby fixed in the amount(s)

shown below, returnable instanter to the ___Austin, Texas_____ Division of this

Court, such bail to be taken by any United States Magistrate.

Defendant

LARRY EUGENE MONK

Amount of Bail

Detain

ENTERED at ____AUSTIN_____, Texas, this ___7TH___ day

of ___JANUARY_____, 19 _92_____.

_Stephen H. Capelle_

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

A true copy of the original, I certify
**WILLIAM G. PUTNICKI**
Clerk, U. S. District Court

_____
Deputy Clerk

WDT-CR-9

-2

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

WESTERN ———————————— DISTRICT OF ———— TEXAS

UNITED STATES OF AMERICA

V.

LARRY EUGENE MONK
810 James Street
Austin, Tx

## WARRANT FOR ARREST

A 92 CR 002

CASE NUMBER:

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ———— LARRY EUGENE MONK ————

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Possession of Firearm by Convicted Felon

in violation of Title ____ 18 ____ United States Code, Section(s) ____ 922(g)(1) ____

CHARLES W. VAGNER
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

01/07/92, Austin, Texas
Date and Location

Signature of Issuing Officer
Margarita Chairez-Herrington
Deputy

Bail fixed at $ ____ DETAIN ____ by Stephen H. Capelle, U.S. Magistrate

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at ____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

UNSEALED [x]

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

COUNTY: _TRAVIS_  AUSTIN  DIVISION  JUDGE: _Nowlin_

DATE: _January 7, 1992_  MAG. CT. #_____  SSN 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  F.B.I.#_____

CASE NO._____  ASSISTANT U. S. ATTORNEY: _GERALD C. CARRUTH_

DEFENDANT: _LARRY EUGENE MONK_  DATE OF BIRTH: _09-27-46_

ADDRESS: _810 James Street, Austin, Texas_

CITIZENSHIP: United States [_x_]  Mexican [ ]  OTHER [ ]

INTERPRETER NEEDED: Yes [ ]  No [_X_]  Language_____

DEFENSE ATTORNEY:_____  Employed [ ]

ADDRESS OF ATTORNEY:_____  Appointed [ ]

DEFENDANT IS: In Jail [ ]  WHERE:_____

On Bond [ ]  Amt. of Bond_____  Where:_____

DATE OF ARREST:_____  BENCH WARRANT NEEDED [_X_]

PROBATION OFFICER_____

NAME AND ADDRESS OF SURETY:_____

YOUTH CORRECTIONS ACT APPLICABLE:  Yes [ ]  No [_X_]

PROSECUTION BY:  INFORMATION [ ]  INDICTMENT [_X_]

OFFENSE: (Code & Description) _Count One - 18 U.S.C. 922(g)(1), Possession of Firearm_

_by convicted felon_

OFFENSE IS  FELONY [_X_]  MISDEMEANOR [ ]

MAXIMUM SENTENCE: _10 years / $250,000 fine / 3 years supervised release / $50 special_
_assessment_

PENALTY IS MANDATORY:  Yes [_X_]  No [ ]
as to special assessment

REMARKS: _Dale Littleton, ATF - 482-5333_

WDT-Cr-3