UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS



William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

January 16, 2008

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

**RECEIVED**
JAN 2 2 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE:  WDTX. No. A-92-CR-002 (1) JRN
USA v. Larry Eugene Monk

1:07-70720

Dear Clerk:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, enclosed are the following:

  X   Certified copy of the Indictment

  X   Certified copy of Consent of Defendant to Plea & Transfer

  X   Certified copy of docket sheet

Please acknowledge receipt on the copy of this letter and return in the enclosed envelope.

Very truly yours,

Mary Chouinard
Deputy Clerk

Enc.
cc:   U.S. Attorney - Austin, TX


Receipt is acknowledged by:          Clerk, U.S. District Court

Date: _____              by: _____
                                          Deputy Clerk

**U.S. Department of Justice**  Rule 20 -- Transfer Notice

| To: | Johnny Sutton, United States Attorney<br><br>Gerald Carruth, Assistant United States Attorney | District<br>Western District of Texas | Date<br>1/8/2008 |
|---|---|---|---|
| Name of Subject:<br>LARRY EUGENE MONK, A 92 CR 002 | | Statute Violated<br>18 U.S.C. Section 922(g)(1) | File Data *(Initials and Number)*<br>January 7, 1992 |

### Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
    Date of Plea    Date of Sentence    Sentence

| From *(Signature and Title)*<br>*[signed]* JOSEPH P. RUSSONIELLO, U.S. ATTORNEY | Address | United States Attorney's Office<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102-3495 |
|---|---|---|

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
    on    at    o'clock

*(Kindly notify me of any anticipated delay)*

☒ Enclosed are two certified copies of indictment or information     Docket No. A-92-CR-002

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)*<br>*[signed]* Gerald C. Carruth<br>Gerald C. Carruth, Assistant U.S. Attorney | District<br>Western Dist. of Texas | Date<br>January 16, 2008 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explaination of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
Replaces OBD-101, Fed. 83 edition may be used

A true copy of the original, I certify
WILLIAM G. PUTNICKI
Clerk, U. S. District Court

*[signed]* Tony Brennan
Deputy Clerk

FORM USA-231
NOV. 85

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the WESTERN DISTRICT OF TEXAS

FILED
2008 JAN 16 AM 10: 32
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES OF AMERICA
V.
LARRY EUGENE MONK

CRIMINAL NUMBER: A 92 CR 002

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, LARRY EUGENE MONK, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the NORTHERN District of CALIFORNIA in which I, am held, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 1/11 2008 at San Francisco

_Larry Eugene Monk_
(Defendant)

_[signature]_
(Witness)

_[signature]_
(Counsel for Defendants)

_Gerald C. Carruth_
(Assistant United States Attorney)

Approved

_[signature]_
JOSEPH P. RUSSONIELLO
United States Attorney for the
NORTHERN District of
CALIFORNIA

_Gerald C. Carruth, AUSA_ for
JOHNNY SUTTON
United States Attorney for the
WESTERN District of
TEXAS

UNITED STATES OF AMERICA       §
                               §
                               §
WESTERN DISTRICT OF TEXAS      §

I, WILLIAM G. PUTNICKI, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer to the United States District Court, Northern District of California, San Francisco Division, pursuant to a Consent to Transfer of Case for Plea and Sentence (Under Rule 20) filed January 16, 2008, all the original papers filed and orders entered, together with a certified copy of the transferring order and docket entries in the case entitled: UNITED STATES OF AMERICA VS. Larry Eugene Monk, Criminal No. A-92-CR-002 JRN.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid Court at Austin, Texas, this 16 th day of January, 2008.

WILLIAM G. PUTNICKI, CLERK

By: _____
         Deputy Clerk

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
### CRIMINAL DOCKET FOR CASE #: 1:92-cr-00002-JRN-1

Case title: USA v. Monk                       Date Filed: 01/07/1992
                                              Date Terminated: 01/16/2008

Assigned to: Judge James R. Nowlin

**Defendant (1)**

**Larry Eugene Monk**
*TERMINATED: 01/16/2008*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922(g)(1) Possession of Firearm By Convicted Felon. (1) | Rule 20 transfer to Northern District of California |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**
USA

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/1992 | 1 | Indictment filed against Larry Eugene Monk (1) count(s) 1 (fe) (Entered: 01/09/1992) |

| 01/07/1992 | 2 | Order bench warrant issued for Larry Eugene Monk (fe) (Entered: 01/09/1992) |
| --- | --- | --- |
| 01/07/1992 |  | bench warrant issued for Larry Eugene Monk (fe) (Entered: 01/09/1992) |
| 01/16/2008 | ● 3 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Northern District of California (mc2, ) (Entered: 01/16/2008) |

a true copy of the original, I certify
WILLIAM G. PUTNICKI
Clerk, U.S. District Court

*[signature]*
Deputy Clerk

```
                UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF TEXAS
                      AUSTIN DIVISION
```

                                                    FILED
                                            JAN 7  1 41 PM '92

                                    A 92      CR      002
UNITED STATES OF AMERICA,      )                         DEPUTY
                               )
            Plaintiff,         )    I N D I C T M E N T
     v.                        )
                               )    [Violation:  18 U.S.C.
LARRY EUGENE MONK,             )    § 922(g)(1) - Possession
                               )    of Firearm by Convicted
            Defendant.         )    Felon]


THE GRAND JURY CHARGES:

                         COUNT ONE
                  [18 U.S.C. § 922(g)(1)]

     On or about May 13, 1991, in the Western District of Texas, the Defendant,

                      LARRY EUGENE MONK,

having been previously convicted of a felony offense punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, namely, a Colt, Government Model, .45 caliber pistol, serial number 70B10131, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                              A TRUE BILL:

                              /s/ Homer Villareal
                              _____
                              FOREMAN


RONALD F. EDERER
UNITED STATES ATTORNEY


By:  /s/ Gerald C. Carruth
     GERALD C. CARRUTH
     Assistant U. S. Attorney

A true copy of the original, I certify
WILLIAM G. PUTNICKI
Clerk, U. S. District Court

/s/ Mary _____
Deputy Clerk

/.

**U.S. Department of Justice**
*United States Attorney*

FILED

# United States District Court
# Western District of Texas

JAN 7   1 41 PM '92

U.S. CLERK'S OFFICE
BY _____ DEPUTY

UNITED STATES OF AMERICA,

vs.

LARRY EUGENE MONK

A 92 CR 002

NO. _____

### ORDER FOR BENCH WARRANT
### AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below named defendant(s), it is hereby ORDERED that warrant issue for the arrest of said defendant(s), and bail is hereby fixed in the amount(s) shown below, returnable instanter to the __Austin, Texas__ Division of this Court, such bail to be taken by any United States Magistrate.

| Defendant | Amount of Bail |
|---|---|
| LARRY EUGENE MONK | Detain |

ENTERED at __AUSTIN__, Texas, this __7TH__ day of __JANUARY__, 19 __92__.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

> A true copy of the original, I certify
> WILLIAM G. PUTNICKI
> Clerk, U. S. District Court
>
> _____
> Deputy Clerk

WDT-CR-9

-7-

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

WESTERN **DISTRICT OF** TEXAS

UNITED STATES OF AMERICA
V.

LARRY EUGENE MONK
810 James Street
Austin, Tx

**WARRANT FOR ARREST**

CASE NUMBER: A 92 CR 002

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____LARRY EUGENE MONK_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Possession of Firearm by Convicted Felon

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1)___

| CHARLES W. VAGNER | Clerk, U.S. District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Margarita Chairez-Herrington<br>Deputy | 01/07/92, Austin, Texas |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ___DETAIN___ by ___Stephen H. Capelle, U.S. Magistrate___
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

COUNTY: TRAVIS                        JUDGE: Nowlin

DATE: January 7, 1992   MAG. CT. # _____   SSN 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   F.B.I.# _____

CASE NO. _____   ASSISTANT U. S. ATTORNEY: GERALD C. CARRUTH

DEFENDANT: LARRY EUGENE MONK    DATE OF BIRTH: 09-27-46

ADDRESS: 810 James Street, Austin, Texas

CITIZENSHIP: United States [x]   Mexican [ ]   OTHER [ ]

INTERPRETER NEEDED: Yes [ ]   No [x]   Language _____

DEFENSE ATTORNEY: _____                                  Employed [ ]

ADDRESS OF ATTORNEY: _____                               Appointed [ ]

DEFENDANT IS:  In Jail [ ]   WHERE: _____

               On Bond [ ]   Amt. of Bond _____   Where: _____

DATE OF ARREST: _____                 BENCH WARRANT NEEDED [x]

PROBATION OFFICER _____

NAME AND ADDRESS OF SURETY: _____

YOUTH CORRECTIONS ACT APPLICABLE:    Yes [ ]    No [x]

PROSECUTION BY:   INFORMATION [ ]   INDICTMENT [x]

OFFENSE: (Code & Description) Count One - 18 U.S.C. 922(g)(1), Possession of Firearm by convicted felon

OFFENSE IS   FELONY [x]   MISDEMEANOR [ ]

MAXIMUM SENTENCE: 10 years / $250,000 fine / 3 years supervised release / $50 special assessment

PENALTY IS MANDATORY:   Yes [x]   No [ ]
                        as to special assessment

REMARKS: Dale Littleton, ATF - 482-5333

WDT-Cr-3