| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | THE HONORABLE CHARLES R. BREYER<br>Courtroom Clerk: Barbara Espinoza |

**CRIMINAL PRETRIAL MINUTES**

**FILED**
FEB 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: **February 13, 2008**

Reporter: **Connie Kuhl**

Case No: **CR-08-0030-CRB**            DEFT: **LARRY MONK**
                                                                  (X)Present

AUSA: **Albert Sambat**            DEF ATTY: **Ann Moorman**

**REASON FOR HEARING**   Change of Plea

**RESULT**  defendant placed under oath, enters a plea of guilty to the indictment. The Court accepts the plea and the defendant is adjudged guilty. The parties waive the preparation of the pre sentence report and the Court proceeds into sentencing.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____ for _____

**JUDGMENT** eighteen (18) months upon release to three (3) years supervised release under the standard and additional conditions set forthwith. Assessment fee: $100.00; Fine: waived. The Court recommends the defendant be placed in a facility in California.

Notes: defendant is remanded to custody.