03/10/2008 01:58 PM EDT

## Case Debt Type Payment Report
## U.S. Courts

Version 7.0.1

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | LARRY EUGENE MONK | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 3461016496 | 1 | PR | 100.00 | 03/04/2008 |

Case No. DCAN308CR0000030   US VS MONK

Division Payment Total   100.00

Grand Total   100.00

$ 100.00 SPECIAL ASSESSMENT PAID IN FULL on 3-4-08

Page 1 of 1